United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE IRMA JEAN BUTLER,<br><br>    Debtor.<br>_____/ | No. CV 12-05566 CRB<br><br>**ORDER DISMISSING APPEAL** |

    Appellant has failed to complete the record on appeal with the clerk of the Bankruptcy Court by supplying a designation of record as required by Bankruptcy Rule 8006.  The assigned bankruptcy judge has recommended that this appeal be dismissed.  Pursuant to Rule 8007-1(c)(2) of the Local Rules of the United States District Court for the Northern District of California, this appeal is hereby DISMISSED.

    **IT IS SO ORDERED.**

Dated: April 18, 2013             CHARLES  R. BREYER
                                                      UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\5566\order dismissing case.wpd